K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>J. OBERTI, INC., and JESUS ARAMBULA dba TAQUERIA EL TAPATIO,<br><br>　　　　Defendants. | No.  1:12-CV-00277-LJO-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants J. Oberti, Inc. and Jesus Arambula dba Taqueria El Tapatio, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety, each party to bear their own attorney fees and costs.

Date: May 17, 2012　　　　　　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　　　　　/s/Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Ronald Moore

///

Date: May 17, 2012                                              CALL & JENSEN

                                                                /s/ Michael S. Orr
                                                                Michael S. Orr, Attorneys for
                                                                Defendants J. Oberti, Inc. and Jesus
                                                                Arambula dba Taqueria El Tapatio

## ORDER

   The parties having so stipulated,

   **IT IS HEREBY ORDERED** that this action be dismissed with prejudice in its entirety, each party to bear their own attorney fees and costs.  The clerk is directed to close this action.

IT IS SO ORDERED.

   Dated:   **May 17, 2012**                    /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE